UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE TRUSS,<br><br>          Plaintiff,<br><br>      v.<br><br>FOSS HOME AND VILLAGE,<br><br>          Defendant. | No. CV03-2523RSL<br><br>ORDER REQUESTING<br>SUPPLEMENTAL BRIEFING |

This matter comes before the Court *sua sponte*. On January 28, 2005 the Court granted defendant's motion for summary judgment on plaintiff's wrongful termination claim under Title VII and her retaliation in violation of public policy claim under Washington law (Dkt. #37). On November 30, 2006 the Ninth Circuit affirmed the Court with regard to plaintiff's federal claims, but reversed the Court on plaintiff's state law claims. Accordingly, the parties are ORDERED to provide supplemental memoranda outlining their position as to whether the case should remain in federal court or be dismissed so that the plaintiff can re-file her state law claims in state court.

Plaintiff shall file a memorandum on that subject no later than February 20, 2007 and note the motion for consideration on March 20, 2007. Defendant shall file its response by March 13, 2007, and plaintiff's reply, if any, must be filed by March 20, 2007. Both parties

ORDER REQUESTING
 SUPPLEMENTAL BRIEFING-1

1  should limit their opening memoranda to 8 pages.  If plaintiff chooses to file a reply, it should
2  be no longer than 5 pages in length.

4        DATED this 23rd day of January, 2007.

                              /s/ Robert S. Lasnik
                              Robert S. Lasnik
                              United States District Judge

ORDER REQUESTING
SUPPLEMENTAL BRIEFING-2